CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7177
FAX: (415) 436-7234
molly.friend@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VALAVAN NAMBIPATTY PALANISAMY,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH B. EDLOW, Director, United States Citizenship and Immigration Services,<br><br>Defendant. | Case No. 3:26-cv-01017 CRB<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT'S RESPONSE TO PLAINTIFF'S COMPLAINT AND [~~PROPOSED~~] ORDER** |

The parties hereby stipulate to an extension of time for Defendant's response to Plaintiff's complaint. Defendant will file his response on or before April 24, 2026. The parties make this request because the agency is in the process of reviewing this case and needs a brief period of additional time to prepare their response.

The parties further request a corresponding extension to the deadline for filing a summary judgment motion under the Court's Immigration Mandamus Procedural Order. Dkt. No. 5. Currently, Defendant must file a motion for summary judgment by 120 days after the complaint was served, or June 9, 2026. In view of the agreed-upon extension for Defendant's response to the complaint, the parties request that Defendant file their motion for summary judgment with 30 days of filing an Answer to the Complaint**.**

Stipulation to Extend
Case No. 3:26-cv-01017 CRB                                    1

Dated: April 10, 2026

Respectfully submitted[1],

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Molly A. Friend*
MOLLY A. FRIEND
Assistant United States Attorney
Attorneys for Defendant

Dated: April 10, 2026

*/s/ Bernard P. Wolfsdorf*
BERNARD P. WOLFSDORF
WR Immigration
Attorney for Plaintiff

**[PROPOSED] ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: April 15, 2026

CHARLES R. BREYER
United States District Judge

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Stipulation to Extend
Case No. 3:26-cv-01017 CRB                    2

## DECLARATION OF MOLLY A. FRIEND

I, Molly A. Friend, declare and state as follows:

1.    I am an Assistant United States Attorney in the United States Attorney's Office for the Northern District of California and counsel of record for the federal Defendant in the above-captioned action.

2.    On February 2, 2026, Plaintiff filed a complaint in which he seeks adjudication of his Form I-485, Application to Register Permanent Residence or Adjust Status.  *See* Dkt. No. 1.  Our office was served with the complaint on February 9, 2026.

3.    My office has been conferring with the agency regarding this case and we determine that Defendant needs a brief period of additional time to review Plaintiff's application and to prepare their response. Accordingly, my office contacted Plaintiff's counsel regarding Defendant's request to extend the deadline to respond to the complaint. Plaintiff consented to the request.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED:  April 10, 2026

/s/ Molly A. Friend
MOLLY A. FRIEND
Assistant United States Attorney

Stipulation to Extend
Case No. 3:26-cv-01017 CRB                           3