CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7177
FAX: (415) 436-7234
molly.friend@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VALAVAN NAMBIPATTY PALANISAMY,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH B. EDLOW, Director, United States Citizenship and Immigration Services,<br><br>Defendant. | Case No. 3:26-cv-01017 CRB<br><br>**SECOND STIPULATION TO EXTEND TIME FOR DEFENDANT'S RESPONSE TO PLAINTIFF'S COMPLAINT AND [~~PROPOSED~~] ORDER** |

On April 15, 2026, the Court granted the parties first stipulation to extension of time for Defendant's response to Plaintiff's complaint. Dkt. No. 11. Plaintiff and Defendant respectfully request the Court to grant a two-week extension of time for Defendant's response to Plaintiff's complaint and set a due date for May 8, 2026. The parties make this request because Defendant's counsel needs a brief additional time to prepare and finalize Defendant's response. In view of the agreed-upon extension for Defendant's response to the complaint, the parties request that Defendant file their motion for summary judgment within 30 days of filing an Answer to the Complaint.

///

Stipulation
Case No. 3:26-cv-01017 CRB                    1

Dated: April 24, 2026

Respectfully submitted[1],

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Molly A. Friend*
MOLLY A. FRIEND
Assistant United States Attorney
Attorneys for Defendant

Dated: April 24, 2026

*/s/ Bernard P. Wolfsdorf*
BERNARD P. WOLFSDORF
WR Immigration
Attorney for Plaintiff

# [~~PROPOSED~~] ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date: April 27, 2026

CHARLES R. BREYER
United States District Judge

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Stipulation
Case No. 3:26-cv-01017 CRB                           2

## DECLARATION OF MOLLY A. FRIEND

I, Molly A. Friend, declare and state as follows:

1.      I am an Assistant United States Attorney in the United States Attorney's Office for the Northern District of California and counsel of record for the federal Defendant in the above-captioned action.

2.      On April 15, 2026, the Court granted the parties first stipulation to extension of time for Defendant's response to Plaintiff's complaint.  Dkt. No. 11.

3.      Although I have been working on Defendant's response to Plaintiff's complaint, I will be unable to complete it by the current due date because of my heavy workload over the past several weeks. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED:  April 24, 2026

/s/ Molly A. Friend
MOLLY A. FRIEND
Assistant United States Attorney

Stipulation
Case No. 3:26-cv-01017 CRB                    3