CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7177
    FAX: (415) 436-7234
    molly.friend@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VALAVAN NAMBIPATTY PALANISAMY,<br><br>                    Plaintiff,<br><br>          v.<br><br>JOSEPH B. EDLOW, Director, United States Citizenship and Immigration Services,<br><br>                    Defendant. | Case No. 3:26-cv-01017 CRB<br><br>**STIPULATION TO EXTENSION OF TIME FOR DEFENDANT'S MOTION FOR SUMMARY JUDGMENT; [~~PROPOSED~~] ORDER** |

Pursuant to Civil Local Rule 6-2, the parties to this action hereby stipulate to an extension of time for Defendant to file their motion for summary judgment under the Court's Immigration Mandamus Case Procedural Order (Dkt. No.5).  Defendant will file his motion for summary judgment by June 22, 2026. The parties make this request because Defendant needs a brief period of additional time to prepare their response. For these reasons, and as articulated below in the Declaration of Counsel, the parties respectfully request that the Court grant their stipulation.

///

///

Stipulation
Case No. 3:26-cv-01017 CRB                    1

Dated: June 8, 2026

Respectfully submitted[1],

CRAIG H. MISSAKIAN
United States Attorney


*/s/ Molly A. Friend*
MOLLY A. FRIEND
Assistant United States Attorney
Attorneys for Defendant


Dated: June 8, 2026

*/s/ Bernard P. Wolfsdorf*
BERNARD P. WOLFSDORF
WR Immigration
Attorney for Plaintiff


## [~~PROPOSED~~] ORDER

Pursuant to stipulation, IT IS SO ORDERED.  Defendant will file his motion for summary judgment by June 22, 2026.


Date:  June 11, 2026

CHARLES R. BREYER
United States District Judge

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Stipulation
Case No. 3:26-cv-01017 CRB                                    2

**DECLARATION OF MOLLY A. FRIEND**

I, Molly A. Friend, declare and state as follows:

1.     I am an Assistant United States Attorney in the United States Attorney's Office for the Northern District of California and counsel of record for the federal Defendant in the above-captioned action.

2.     On May 10, 2026, Defendant filed their answer to the Complaint.  *See* Dkt. No. 14.

3.     On June 8, 2026, my office contacted Plaintiff's counsel regarding Defendant's request for a brief extension of time to prepare their motion for summary judgment, and Plaintiff's counsel consented to the request.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED:  June 8, 2026

/s/ Molly A. Friend
MOLLY A. FRIEND
Assistant United States Attorney

Stipulation
Case No. 3:26-cv-01017 CRB                              3