BERNARD P. WOLFSDORF
CA Bar No. 107657
Wolfsdorf Rosenthal, LLP
1416 2nd Street
Santa Monica, CA 90401
Tel: (310) 570-4088
bernard@wolfsdorf.com

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| Valavan Nambipatty Palanisamy,<br><br>          Plaintiff,<br><br>   v.<br><br>Director, United States Citizenship and Immigration Services,<br><br>          Defendant. | Case No. 3:26-CV-01017-CRB<br><br><br>**JOINT STIPULATION TO EXTEND DEADLINE FOR PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT; [~~PROPOSED~~] ORDER** |

The parties, through their attorneys, hereby stipulate to a 30-day extension of time for Plaintiff's Response to Defendant's motion for summary judgment. Plaintiffs will file their motion on or before August 21, 2026. Currently, Plaintiff's response to Defendant's motion for summary judgment is due July 22, 2026, and Defendant's reply is due August 5, 2026. With this extension, Plaintiff's response would be due August 21, 2026, and Defendant's reply would be September 4, 2026.

Motion hearing set for September 25, 2026 at 10:00 a.m.

Dated: July 22, 2026

Respectfully submitted,[1]
CRAIG H. MISSAKIAN
United States Attorney

*/s/ Molly Friend*
MOLLY FRIEND
Assistant United States Attorney
Attorneys for Defendant

Dated: July 22, 2026

*s/ Bernard P. Wolfsdorf*
BERNARD P. WOLFSDORF
Wolfsdorf Rosenthal, LLP
Attorney for Plaintiff

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Stipulation
Case No. 3:26-CV-01017-CRB                    1

## [~~PROPOSED~~] ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date: July 23, 2026

_____
HON. CHARLES R. BREYER
United States District Judge

Stipulation
Case No. 3:26-CV-01017-CRB                    2