BERNARD P. WOLFSDORF
CA Bar No. 107657
Wolfsdorf Rosenthal, LLP
1416 2nd Street
Santa Monica, CA 90401
Tel: (310) 570-4088
bernard@wolfsdorf.com

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| Valavan Nambipatty Palanisamy,<br><br>Plaintiff,<br>v.<br>Director, United States Citizenship and Immigration Services,<br><br>Defendant. | Case No. 3:26-CV-01017-CRB<br><br>**JOINT STIPULATION TO STAY SUMMARY JUDGMENT BRIEFING; [~~PROPOSED~~] ORDER** |

The parties, through their attorneys, hereby stipulate to stay the briefing on Defendant's motion for summary judgment while the parties litigate Plaintiff's Rule 56(d) motion, which is due on or by August 21, 2026. Under this Court's standard "mandamus" scheduling order, Defendant was required to file their summary judgment when they did. ECF No. 5. However, the scheduling order did not require Defendant to produce a record or discovery prior to filing the summary judgment motion, and as such, Defendant understandably did not do so. *Id.* However, it is Plaintiff's position that, without an administrative record or discovery, he "cannot present facts essential to justify his opposition" to Defendant's motion for summary judgment. Fed. R. Civ. P. 56(d). The Parties agree that staying summary judgment briefing will save private, public, and judicial resources while this Court considers and decides Plaintiff's Rule 56(d) motion, which is currently due on or by August 21, 2026. As such, the Parties stipulate to a stay of all deadlines for Defendant's currently pending summary judgment motion until this Court decides Plaintiff's Rule 56(d) motion, which is due on or by August 21, 2026.

Dated: August 18, 2026 Respectfully submitted,[1]

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Molly Friend*
MOLLY FRIEND
Assistant United States Attorney

Attorneys for Defendant

Dated: August 18, 2026

*s/ Bernard P. Wolfsdorf*
BERNARD P. WOLFSDORF
Wolfsdorf Rosenthal, LLP

Attorney for Plaintiff

**[~~PROPOSED~~] ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: August 19, 2026

HON. CHARLES R. BREYER
United States District Judge

**DECLARATION OF BERNARD WOLFSDORF**

I, Bernard Wolfsdorf, declare and state as follows:

1. I represent the Plaintiffs in the above captioned case.

2. On June 22, 2026, Defendant filed a motion for summary judgment.

3. The parties stipulated to one extension for Plaintiff to respond and file a Rule 56(d) motion on or by August 21, 2026.

4. After conferring with opposing counsel, the parties agreed that it would save public, private, and judicial resources to litigate a Rule 56(d) motion *before* litigating the summary judgment motion, rather than at the same time.

5. Counsel for Plaintiff conferred with counsel for the Defendant and they agreed a stay of the deadlines for summary judgment.

6. This is Plaintiffs' first motion for stay of the summary judgment deadlines, but it will require this Court to stay the September 25, 2026 hearing.

7. Plaintiff's response is currently due August 21, 2026, and Defendant's reply is currently due September 4, 2026.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: August 18, 2026

*s/ Bernard P. Wolfsdorf*
BERNARD P. WOLFSDORF
Wolfsdorf Rosenthal, LLP
Attorney for Plaintiff