CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7177
FAX: (415) 436-7234
molly.friend@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VALAVAN NAMBIPATTY PALANISAMY,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH B. EDLOW, Director, United States Citizenship and Immigration Services,<br><br>Defendant. | Case No. 3:26-cv-01017 CRB<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT'S RESPONSE TO PLAINTIFF'S RULE 56(d) MOTION AND [~~PROPOSED~~] ORDER** |

On August 21, 2026, Plaintiff filed a Rule 56(d) Motion seeking limited discovery setting Defendant's response due by September 4, 2026. Dkt. No. 23. The parties conferred and respectfully request the Court to grant a two-week extension of time for Defendant's response to Plaintiff's Rule 56(d) Motion and set Defendant's response due by September 18, 2026, and Plaintiff's reply due by September 25, 2026. The parties make this request because Defendant's counsel needs a brief additional time to review and finalize Defendant's response.

///

///

Dated: August 26, 2026

Respectfully submitted[1],

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Molly A. Friend*
MOLLY A. FRIEND
Assistant United States Attorney
Attorneys for Defendant

Dated: August 26, 2026

*/s/ Bernard P. Wolfsdorf*
BERNARD P. WOLFSDORF
WR Immigration
Attorney for Plaintiff

**~~[PROPOSED]~~ ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: August 27, 2026

CHARLES R. BREYER
United States District Judge

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.