CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
KENNETH BRAKEBILL (CABN 196696)
Chief, Civil Division
KELSEY J. HELLAND (CABN 298888)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7200
Facsimile: (415) 436-6748
kelsey.helland@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VALAVAN NAMBIPATTY PALANISAMY,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH B. EDLOW, Director, United States Citizenship and Immigration Services,<br><br>Defendant. | Case No. 3:26-cv-01017 CRB<br><br>**STIPULATION TO STAY PROCEEDINGS; [PROPOSED] ORDER** |

On August 21, 2026, Plaintiff filed his motion for discovery under Rule 56(d). Dkt. No. 23. On October 13, 2026, the Court granted Plaintiff's Rule 56(d) Motion requiring the parties to meet and confer about a reasonable timeline for production. Dkt. No. 29. The parties have conferred and agree to stay proceedings in this case until January 27, 2027. The parties make this joint request because United States Citizenship and Immigration Services ("USCIS") agrees to assign Plaintiff's Form I-485, Application to Register Permanent Residence or Adjust Status, to an adjudications officer and to take adjudicative action (approval, denial, RFE, NOID, or interview notice) within the stay period. If an interim notice (RFE, NOID, or interview notice) is issued, the agency agrees to work in good faith toward final adjudication. The parties acknowledge that USCIS cannot guarantee adjudication will be completed within the stay period. Nonetheless, USCIS will work towards final adjudication of Plaintiff's

Form I-485 in good faith.

Accordingly, the parties stipulate and request that the proceedings in this case be stayed until January 27, 2027, at which time the parties will file a joint status report with the Court. At that time, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution.

Dated: October 30, 2026

Respectfully submitted[1],

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Kelsey J. Helland*
KELSEY J. HELLAND
Assistant United States Attorney
Attorneys for Defendants

Dated: October 30, 2026

*/s/ Bernard P. Wolfsdorf*
BERNARD P. WOLFSDORF
WR Immigration
Attorney for Plaintiff

**~~[PROPOSED]~~ ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: November 3, 2026

CHARLES R. BREYER
United States District Judge

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.